IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THE MARINAS, INC.; VOLUNTEER LANDING YACHT CLUB, INC. d/b/a VOLUNTEER YACHT CLUB; MARINA MANAGEMENT, LLC d/b/a FOX ROAD MARINA; KIGER MANAGEMENT, LLC d/b/a VOLUNTEER MARINA, KIGER, INC. d/b/a WILLOW POINT MARINA, and DOWNTOWN PROPERTIES, LLC., | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:13-cv-00298 Reeves / Guyton |
| GREAT MIDWEST INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

It appears to the Court from the signatures hereto that all matters in controversy have been compromised and settled, that the parties' causes of action should be dismissed with prejudice, that each party should bear its own discretionary costs, and that any liens or subrogation interests arising as a result of the payment of any sums pursuant to the Settlement Agreement and Policy Release dated November 11, 2014 between the Parties ("Settlement Proceeds") should be satisfied by the plaintiffs from the Settlement Proceeds as required by law.

It is therefore and hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. The parties' causes of action are hereby dismissed with prejudice.

2. Each party shall bear its own discretionary costs.

3. The plaintiffs shall be responsible for the payment of any and all liens or subrogation interests created by the payment of the Settlement Proceeds by GMIC to Plaintiffs.

4. Any unpaid court costs are taxed to the defendant. Court costs previously paid by or on behalf of the plaintiffs are not taxed to the defendant.

ENTERED this ___9th___ day of ___December___, 2014.

_____
JUDGE

**APPROVED FOR ENTRY:**

*s/John M. Jackson*
**JOHN M. JACKSON**
Registration No. 025479
Attorney for Plaintiffs

**GARNER & CONNER, PLLC**
P.O. Box 5059
Maryville, TN 37802
865-984-1268

/s Benjamin J. Miller
**GARY A. BREWER**
Registration No. 4678
**BENJAMIN J. MILLER**
Registration No. 025575
Attorneys for Great Midwest Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
615-256-8787

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was sent via electronic mail on the 8th day of December, 2014, addressed to:

Gary A. Brewer, Esq.
Benjamin J. Miller, Esq.,
BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC
P.O. Box 23890
Nashville, TN 37202

                                             /s/John M. Jackson, III
                                             John M. Jackson, III